# FAIR LABOR STANDARDS ACT CONSENT

1. I consent to be a party plaintiff in a lawsuit against Dollar General and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate FITAPELLI & SCHAFFER, LLP ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for attorney's fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

*Rita Hilbern*
Rita Hilbern (Apr 30, 2020)
Signature

Rita Hilbern
Full Legal Name (Print)

4794591074
Telephone Number

606 Hwy 348
Address

Rudy              Arkansas
City              State

Rhilbern@aol.com
Email Address

# Dollar General Consent

Final Audit Report                                                         2020-04-30

| | |
|---|---|
| Created: | 2020-04-30 |
| By: | Maria Luna (maria.luna@fslawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABCTQISSa_zrJt5ptubE1_Lr9064ACqnt |

## "Dollar General Consent" History

- Document created by Maria Luna (maria.luna@fslawfirm.com)
  2020-04-30 - 4:08:47 PM GMT- IP address: 67.250.68.109

- Document emailed to Rita Hilbern (rhilbern@aol.com) for signature
  2020-04-30 - 4:09:38 PM GMT

- Email viewed by Rita Hilbern (rhilbern@aol.com)
  2020-04-30 - 4:50:07 PM GMT- IP address: 107.134.9.86

- Document e-signed by Rita Hilbern (rhilbern@aol.com)
  Signature Date: 2020-04-30 - 4:52:35 PM GMT - Time Source: server- IP address: 107.134.9.86

- Signed document emailed to hbenharris@fslawfirm.com, Rita Hilbern (rhilbern@aol.com) and Maria Luna (maria.luna@fslawfirm.com)
  2020-04-30 - 4:52:35 PM GMT

Adobe Sign